ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL V

| | | |
|---|---|---|
| DARWIN MORALES VELÁZQUEZ, <br><br> Recurrida, <br><br> v. <br><br> BIENVENIDO RAMOS RAMOS, como presidente de la LEGISLATURA MUNICIPAL DE PEÑUELAS, PUERTO RICO, y la **LEGISLATURA MUNICIPAL DE PEÑUELAS, PUERTO RICO, representada por su presidente BIENVENIDO RAMOS RAMOS**, <br><br> Peticionaria. | KLCE202301227 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de Ponce. <br><br> Civil núm.: PO2021CV02181. <br><br> Sobre: impugnación de resolución y enmienda al Reglamento Interno de la Legislatura Municipal. |

Panel integrado por su presidente, el juez Hernández Sánchez, la jueza Romero García y la jueza Martínez Cordero.

Romero García, jueza ponente.

## RESOLUCIÓN

En San Juan, Puerto Rico, a 7 de diciembre de 2023.

Mediante este recurso discrecional de *certiorari*, la parte peticionaria, compuesta por la Legislatura Municipal del Municipio de Peñuelas y su presidente, señor Bienvenido Ramos Ramos, pretende que revoquemos la *Resolución* emitida por el Tribunal de Primera Instancia, Sala Superior de Ponce, el 5 de octubre de 2023, notificada al día siguiente[1]. En ella, el foro primario concluyó que el recurrido, señor Darwin Morales Velázquez, en su capacidad de legislador municipal del Municipio de Peñuelas[2], ostentaba legitimación activa o *standing* para instar la reclamación objeto del pleito. En particular, el tribunal declaró sin lugar la solicitud de desestimación presentada por la parte aquí peticionaria.

---

[1] *Véase*, apéndice del recurso, a las págs. 1-21.

[2] Surge de la *Resolución* que, el 19 de diciembre de 2022, notificada el 22 de diciembre, el foro primario acogió la solicitud de desistimiento presentada por la legisladora municipal y codemandante, señora Amnerys D. Alvarado Pacheco, y dictó la sentencia parcial de conformidad. *Íd.*, a la pág. 5.

Número identificador

RES2023_____

Apuntamos que la controversia ante la consideración del foro primario se relacionaba a si el legislador municipal demandante contaba con legitimación activa para impugnar judicialmente la enmienda al Art. 7.1(d) del Reglamento de la Legislatura Municipal, que dispuso que "[l]os teléfonos celulares y demás artefactos electrónicos deberán permanecer apagados o en silencio. No podrán usarse dentro del salón de sesiones, ni llevar a cabo grabación alguna que no sea la oficial"[3].

El 21 de noviembre de 2023, el recurrido presentó su oposición a la expedición del recurso.

Evaluados los sendos escritos a la luz del derecho aplicable, este Tribunal deniega la expedición del auto de *certiorari*[4].

Notifíquese.

Lo acordó el Tribunal y lo certifica la secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[3] Véase, *Demanda Enmendada*, a la pág. 33 del apéndice del recurso.

[4] *Véase*, Regla 52.1 de las de Procedimiento Civil, 32 LPRA Ap. V, y la Regla 40 del Reglamento de este Tribunal de Apelaciones, 4 LPRA Ap. XXII-B.